■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD JOHNSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered April 9, 1987, convicting him of burglary in the second degree, assault in the second degree, criminal mischief in the fourth degree, criminal possession of stolen property in the third degree, and possession of burglar's tools, after a nonjury trial, and imposing sentence.

MICHAEL JOHNSON, Also Known as MARSHALL AUSTIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Savarese, J.), rendered October 14, 1988, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Sullivan, Harwood and Balletta, JJ., concur.